# *W. James Pickett*

3041 George Mason Ave    Apt B, Winter Park, FL 32792 | (407) 574-8366

10 May 2022

**Chief Judge Cecilia M. Altonaga**

Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

FILED BY_____D.C.

MAY 16 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**RE: Case 1:22-cv-21376-CMA**

Hon. Chief Judge Altonaga:

I noted with interest the above referenced case over which the Clerk's office informed me that you are set to preside.

I am a citizen of Orange County, Florida and have standing similar to the plaintiffs in the above referenced case.

I am opposed to the complaint, finding the complaint inapposite to the financial interests of the residents of Orange and Osceola counties - but rather than file a counterclaim, I would like to submit an amicus brief in this action.

I have not yet contacted the parties in this case, but I am sending a copy of this letter to both parties. I have reviewed the Rules for both the Middle District and Southern District and neither have instructions for filing an amicus brief (equivalent to FRAP, Rule 29) at the District level.

Further, I am confused as to jurisdiction. Plaintiffs state the complaint was to be filed in the Middle District but filed in the Southern District. All of the plaintiffs reside in the Middle District of Florida, as does Reedy Creed Improvement District. Are you going to allow the case to go forth in the Southern District or transfer it to the Middle District?

Under what rule may I file my amicus brief?

    As found in Cobell v. Norton, 246 F. Supp. 2d 59, 62-63 (D.D.C. 2003) ("An amicus brief should be allowed when a party is not represented competently or is not represented at all, when the amicus has an interest in some other case that may be affected by the decision in the present case (though not enough affected to entitle the amicus to intervene and become a party in the present case), or when the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.")

I have studied the matter extensively and feel that my amicus brief will bring forth legal facts that the court should consider before ruling on this matter.

Sincerely,

*[signature]*

wjp

enclosed:   proposed amicus brief
cc:          Governor Ron Desantis
               by email: GovernorRon.Desantis@eog.myflorida.com
           William J Sanchez
               by email: William@wsanchezlaw.com





Seminole PDC FL
WED 11 MAY 2022

W. James Pickett
3041 George Mason Ave Apt B
Winter Park, FL 32792

**Chief Judge Cecilia M. Altonaga**

Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

*ATTN:* Case 1:22-cv-21376-CMA